**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Morgan Fuller, | Case No. 2:19-cv-00860-JAD-DJA |
| Plaintiff | |
| v. | **Order Adopting Report and Recommendation and Dismissing Case** |
| UMC Medical University Medical Facility, | |
| Defendant | [ECF No. 13] |

Plaintiff Morgan Fuller brings this action under 42 U.S.C. § 1983, alleging that he was injured in a slip and fall at the UMC Medical Facility.[1] The court screened his complaint, noted its deficiencies, and dismissed Fuller's claims with leave to amend.[2] Unfortunately, Fuller's "supplement claim under 1983"[3] still fails to state a viable § 1983 claim, so the magistrate judge recommends that I dismiss this action without further leave to amend.[4] The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[5]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 13] is ADOPTED** in full.

---

[1] ECF No. 1.
[2] ECF No. 9.
[3] ECF No. 12.
[4] ECF No. 13.
[5] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS FURTHER ORDERED THAT **this case is DISMISSED** for failure to state a claim based on the reasons explained in the report and recommendation [ECF No. 13]. The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

Dated: April 14, 2020

_____
U.S. District Judge Jennifer A. Dorsey